PETER P. EDRINGTON, Esq. (087691)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants RODEO-HERCULES FIRE
PREVENTION DISTRICT, JOHN MILLS, WALTER TRUJILLO,
J. R. STAFFORD, and BETH BARTKE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DIVISION OF CALIFORNIA

WILLIAM A. PRATHER, an individual,

    Plaintiff,

vs.

RODEO-HERCULES FIRE PREVENTION DISTRICT; JOHN MILLS, an individual; WALTER TRUJILLO, an individual; J. R. STAFFORD, an individual; BETH BARTKE, an individual; and WILLIAM D. ROSS, an individual,

    Defendants.

CASE NO.: CV 10-2120 JSW

**STIPULATION REGARDING EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of record that:

Defendants RODEO-HERCULES FIRE PREVENTION DISTRICT, JOHN MILLS, WALTER TRUJILLO, J. R. STAFFORD and BETH BARTKE shall have an extension to respond to plaintiff's First Amended Complaint up to and including August 4, 2010.

//
//
//
//
//

1

Stipulation Re Extension to Respond to Plaintiff's Complaint

IT IS SO STIPULATED.

DATED: July 22, 2010                LAW OFFICES OF CARLETON L. BRIGGS


       /s/ Carleton L. Briggs
       Carleton L. Briggs
       Attorney for Plaintiff WILLIAM A. PRATHER


DATED: July 22, 2010                EDRINGTON, SCHIRMER & MURPHY LLP


By   /s/ Peter P. Edrington
     Peter P. Edrington
     Attorney for Defendants
     RODEO-HERCULES FIRE PREVENTION
     DISTRICT, JOHN MILLS, WALTER
     TRUJILLO, J. R. STAFFORD. and BETH
     BARTKE


**ORDER**

IT IS SO ORDERED.

DATED: July 23, 2010

_Jeffrey S White_
Judge of the U. S. District Court