CARLETON L. BRIGGS, SBN 117361
Law Offices of Carleton L. Briggs
740 Fourth Street, Suite 202
Santa Rosa, CA 95404-4421
Telephone: (707) 523-2251
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

Attorneys for Plaintiff
WILLIAM A. PRATHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PRATHER, | No. C 10-02120 JSW |
| Plaintiff, | **STIPULATION FOR ANSWER TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON** |
| vs. | |
| RODEO-HERCULES FIRE PROTECTION DISTRICT; JOHN MILLS, an individual; WALTER TRUJILLO, an individual; J. R. STAFFORD, an individual; BETH BARTKE, an individual; and WILLIAM D. ROSS, an individual, | Date: N.A.<br>Time: N.A.<br>Courtroom: 11<br>Judge: Hon. Jeffrey S. White |
| Defendants. | First Amended Complaint filed: 5/21/10<br>Trial date: None |

WHEREAS, on August 26, 2010, the Court issued the Order Regarding Motion to Dismiss, Document 34 in the above-entitled docket, granting in part and denying in part Defendant William D. Ross' motion to dismiss, dismissing Plaintiff William A. Prather's Section 1983 claim with leave to amend, dismissing Prather's Section 1985 claim with prejudice but providing Prather leave to allege a conspiracy claim as well. The Court declined to dismiss Prather's state-law claims. No time limit for amendment was set.

IT IS HEREBY STIPULATED by and between Plaintiff Prather and Defendant Ross, through their designated counsel, that Prather shall not amend the first amended

1  complaint herein and that Ross shall have 20 days from the date hereof to answer the
2  remaining state-law claims.

4  DATED: September 2, 2010

5  /s/ Carleton L. Briggs
   CARLETON L. BRIGGS

   Attorney for Plaintiff William A. Prather

8  DATED: September 2, 2010     HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

10 By: /s/ George E. Clause
   GEORGE E. CLAUSE, ESQ.

   Attorneys for Defendant William D. Ross

13 **ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

14 I, Carleton L. Briggs, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of September, 2010 at Las Vegas, Nevada.

19 /s/ Carleton L. Briggs

21 **ORDER**

22 IT IS SO ORDERED.

24 DATED: September 3, 2010

   _Jeffrey S. White_
   HON. JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER