# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DIVISION OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM A. PRATHER, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> RODEO-HERCULES FIRE PREVENTION ) <br> DISTRICT; JOHN MILLS, an individual; ) <br> WALTER TRUJILLO, an individual; J. R. ) <br> STAFFORD, an individual; BETH BARTKE, ) <br> an individual; and WILLIAM D. ROSS, an ) <br> individual, ) <br> ) <br> Defendants. ) <br> ) | CASE NO.: CV 10-2120 JSW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

**Court Processes:**

Early Neutral Evaluation (ENE) (ADR L.R 5)

The parties agree to hold the ADR session by: _____

the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

other requested deadline_____

DATED: 9/10/10                                LAW OFFICES OF CARLETON L. BRIGGS

                                                    By      /s/ Carleton L. Briggs
                                                            Carleton L. Briggs, Esq.
                                                            Attorney for Plaintiff, William A. Prather

///

///

1

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

1  DATED:  9/10/10                     HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP

2

3                                       By    /s/ Nicholas Rogers
                                             Nicholas Rogers, Esq.
4                                            Attorney for Defendant, WILLIAM D.
                                             ROSS

5

6  DATED:  9/10/10                     EDRINGTON, SCHIRMER & MURPHY, LLP

7

8                                       By    /s/ Dolores M. Donohoe
                                             Dolores M. Donohoe , Esq.
9                                            Attorney for Defendants,
                                             RODEO-HERCULES FIRE PREVENTION
10                                           DISTRICT, JOHN MILLS, WALTER
                                             TRUJILLO, J. R. STAFFORD, and BETH
11                                           BARTKE

12

13           **ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

14           I, Dolores M. Donohoe, attest that concurrence in the electronic filing of

15  this document has been obtained from each of the signatories. I declare under penalty of

16  perjury under the laws of the United States of America that the foregoing is true and

17  correct. Executed this 10th day of September, 2010 at Mountain View, California

18                                            /s/ Dolores M. Donohoe
                                             Dolores M. Donohoe, Esq.
19

                                **[PROPOSED] ORDER**
20

21           Pursuant to the Stipulation above, the captioned matter is hereby referred to:

22           Early Neutral Evaluation (ENE)

23           Deadline for ADR session _____
                  90 days from the date of this order.
24                other.

25  **IT IS SO ORDERED.**

26  DATED:  September 14, 2010

27                                      By  _Jeffrey S White_____
                                             JUDGE JEFFREY S. WHITE
28
                                          2
       STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS