1   CARLETON L. BRIGGS, SBN 117361
    Law Offices of Carleton L. Briggs
2   740 Fourth Street, Suite 202
    Santa Rosa, CA 95404-4421
3   Telephone: (707) 523-2251
    Facsimile: (707) 523-2253
4   E-mail: clbriggs@sonic.net

5   Attorneys for Plaintiff
    WILLIAM A. PRATHER

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM A. PRATHER,                    No. C 10-02120 JSW

12          Plaintiff,                     **STIPULATION TO EXTEND TIME
                                           TO COMPLETE EARLY NEUTRAL
13  vs.                                    EVALUATION; [PROPOSED]
                                           ORDER THEREON**
14  RODEO-HERCULES FIRE                    _____
    PROTECTION DISTRICT; JOHN
15  MILLS, an individual; WALTER           Date: N.A.
    TRUJILLO, an individual;               Time: N.A.
16  J. R. STAFFORD, an individual; BETH    Courtroom: 11
    BARTKE, an individual;                 Judge: Hon. Jeffrey S. White
17  and WILLIAM D. ROSS, an individual,
                                           Complaint filed: 5/18/10
18          Defendants.                    First Amended Complaint filed: 5/21/10
                                           Trial date: 8/15/11
19  _____/

20          IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through

21  their respective counsel, that the deadline to complete Early Neutral Evaluation in the

22  above-entitled matter shall be extended from within 90 days of September 14, 2010, up to

23  and including December 16, 2010.

24

25  DATED: December 7, 2010

26                          /s/ Carleton L. Briggs
                            CARLETON L. BRIGGS
27
                            Attorney for Plaintiff William A. Prather
28
                                    1

1    DATED: December 7, 2010          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

2

3                                     By: /s/ George E. Clause
                                          GEORGE E. CLAUSE, ESQ.
4
                                      Attorneys for Defendant William D. Ross
5

6    DATED: December 7, 2010          EDRINGTON, SCHIRMER & MURPHY, LLP

7

8                                     By: /s/ James M. Marzan
                                          JAMES M. MARZAN, ESQ.
9
                                      Attorneys for Defendants Rodeo-Hercules Fire
10                                    Protection District, John Mills, Walter Trujillo,
                                      J. R. Stafford, and Beth Bartke
11

12            **ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

13        I, Carleton L. Briggs, attest that concurrence in the electronic filing of this

14   document has been obtained from each of the signatories.  I declare under penalty of

15   perjury under the laws of the United States of America that the foregoing is true and

16   correct.  Executed this 7th day of December, 2010 at Santa Rosa, California.

17

18                                    /s/ Carleton L. Briggs

19

20                                    **ORDER**

21   IT IS SO ORDERED.

22

23   DATED:  December 8, 2010

24

25   _____
     HON. JEFFREY S. WHITE
26   UNITED STATES DISTRICT JUDGE

27

28
                                          2
     STIPULATION AND ORDER