**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIAM A. PRATHER,<br>    Plaintiff,<br><br>   v.<br><br>RODEO-HERCULES FIRE PROTECTION DISTRICT, et al.,<br>    Defendants.<br>_____/ | No. C 10-2120 JSW<br><br>**ORDER GRANTING REQUEST FOR DEFENDANT WILLIAM ROSS TO BE EXCUSED FROM ATTENDING ENE**<br><br>Date:       December 16, 2010<br>Evaluator:  Patrick Robbins |

   IT IS HEREBY ORDERED that the request for named defendant William Ross to be excused from attending the December 16, 2010, ENE before Patrick Robbins is GRANTED.

   IT IS SO ORDERED.

December 14, 2010           By:          _Elizabeth D. Laporte_
Dated                                    Elizabeth D. Laporte
                                         United States Magistrate Judge