```
1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  740 Fourth Street, Suite 202
   Santa Rosa, CA 95404-4421
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  Attorneys for Plaintiff
   WILLIAM A. PRATHER
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 WILLIAM A. PRATHER,              No. C 10-02120 JSW

12       Plaintiff,                 STIPULATION TO CHANGE IN
                                    SCHEDULING ORDER;
13 vs.                              [PROPOSED] ORDER THEREON

14 RODEO-HERCULES FIRE
   PROTECTION DISTRICT; JOHN        Date: N.A.
15 MILLS, an individual; WALTER     Time: N.A.
   TRUJILLO, an individual;         Courtroom: 11
16 J. R. STAFFORD, an individual; BETH   Judge: Hon. Jeffrey S. White
   BARTKE, an individual;
17 and WILLIAM D. ROSS, an individual,  Complaint filed: 5/18/10
                                    First Amended Complaint filed: 5/21/10
18       Defendants.                Trial date: 8/15/11
                                /
19
```

IT IS HEREBY STIPULATED by and between the parties through their designated counsel, in order to pursue Mediation prior to commencing discovery, that the dates set forth in the Court's order scheduling trial and other pre-trial matters should be extended an additional ninety (90) days, as follows:

Deadline to amend pleadings: 4/14/11

Close of fact discovery: 6/13/11

Close of expert discovery: 7/11/11

Hearing on dispositive motions (if any): ~~8/10/11 at~~ 9:00 a.m., 8/12/2011

1

STIPULATION AND ORDER - CASE NO. C 10-02120 JSW

| | |
|---|---|
| 1 | Pretrial Conference: ~~10/21/11 at~~ 2:00 p.m., 10/31/2011 |
| 2 | Jury Trial: ~~11/14/11 at~~ 8:00 a.m., 11/21/2011 |

DATED: January 14, 2011

/s/ Carleton L. Briggs
CARLETON L. BRIGGS

Attorney for Plaintiff William A. Prather

DATED: January 13, 2011          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By: /s/ George E. Clause
GEORGE E. CLAUSE, ESQ.

Attorneys for Defendant William D. Ross

DATED: January 13, 2011          EDRINGTON, SCHIRMER & MURPHY, LLP

By: /s/ James M. Marzan
JAMES M. MARZAN, ESQ.

Attorneys for Defendants Rodeo-Hercules Fire Protection District, John Mills, Walter Trujillo, J. R. Stafford, and Beth Bartke

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

I, Carleton L. Briggs, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of January, 2011 at Melbourne, Victoria, Australia.

/s/ Carleton L. Briggs

ORDER

IT IS SO ORDERED.

DATED: January 14, 2011

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE