CARLETON L. BRIGGS, SBN 117361
Law Offices of Carleton L. Briggs
740 Fourth Street, Suite 202
Santa Rosa, CA 95404-4421
Telephone: (707) 523-2251
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

Attorneys for Plaintiff
WILLIAM A. PRATHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PRATHER,<br><br>    Plaintiff,<br><br>vs.<br><br>RODEO-HERCULES FIRE PROTECTION DISTRICT; JOHN MILLS, an individual; WALTER TRUJILLO, an individual; J. R. STAFFORD, an individual; BETH BARTKE, an individual; and WILLIAM D. ROSS, an individual,<br><br>    Defendants.<br>_____<br>AND RELATED CROSSCLAIM<br>_____/ | No. C 10-02120 JSW<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER THEREON**<br>_____<br><br>Date: N.A.<br>Time: N.A.<br>Courtroom: 11<br>Judge: Hon. Jeffrey S. White<br><br>Complaint filed: May 18, 2010<br>First Amended Complaint filed: 5/21/10<br>Crossclaim filed: May 6, 2011<br><br>Trial date: November 21, 2011 |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be, and hereby is, dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1), each party to bear his, her or its own fees and costs, including attorneys' fees.

DATED: June 14, 2011

/s/ Carleton L. Briggs
CARLETON L. BRIGGS
Attorney for Plaintiff William A. Prather

1
STIPULATION OF DISMISSAL AND ORDER THEREON
*Prather v. Rodeo-Hercules Fire Protection District, et al.*, Case No. C 10-02120 JSW

| | | |
|---|---|---|
| DATED: June 14, 2011 | | EDRINGTON, SCHIRMER & MURPHY, LLP |
| | | By: /s/ James M. Marzan |
| | | JAMES M. MARZAN, ESQ. |
| | | Attorneys for Defendants Rodeo-Hercules Fire Protection District, John Mills, Walter Trujillo, J. R. Stafford, and Beth Bartke |
| DATED: June 14, 2011 | | HAYES SCOTT BONINO ELLINGSON & McLAY, LLP |
| | | By: /s/ George E. Clause |
| | | GEORGE E. CLAUSE, ESQ. |
| | | Attorneys for Defendant William D. Ross |

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

I, Carleton L. Briggs, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of June, 2011 at Santa Rosa, California.

/s/ Carleton L. Briggs
CARLETON L. BRIGGS

**ORDER**

IT IS SO ORDERED.

DATED: June 15, 2011

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2
STIPULATION OF DISMISSAL AND ORDER THEREON
*Prather v. Rodeo-Hercules Fire Protection District, et al.*, Case No. C 10-02120 JSW